IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL PINCHBACK, #2246753 | § | |
| | § | |
| V. | § | CIVIL CASE NO. 3:19-CV-1549-S-BK |
| | § | |
| CONROE POLICE DEPARTMENT, | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Plaintiff is **BARRED** by three strikes. *See* 28 U.S.C. § 1915(g).

**SO ORDERED.**

SIGNED July 30, 2019.

UNITED STATES DISTRICT JUDGE